FILED

05/22/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0131

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## SUPREME COURT CAUSE NUMBER DA 23-0131

|  |  |
|---|---|
| ALLEN MUNRO & LINDA MUNRO, | ) |
| Appellees, | ) |
| v. | ) **ORDER** |
| JOHN MUNRO, | ) |
| Appellant. | ) |

Upon receipt of the Appellant's Motion for Extension of Time to File Opening Brief, and good cause shown, it is hereby ORDERED that the Appellant's motion is GRANTED. The Appellant shall file his opening brief on or before June 23, 2023.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 22 2023